UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
CRIMINAL MINUTES - TRIAL Day 4

COV.CIV. <u>14-73-DLB-CJS</u>          at <u>COVINGTON</u>                    <u>1/16/2020</u>

Style: <u>Stephen Mark Horn vs. Lt. Trey Smith</u>

Present:   HON. DAVID L. BUNNING, JUDGE

| <u>Kati Manning</u> | <u>Lisa Wiesman</u> | <u>Regina Powers</u> |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Law Clerk** |

**Plaintiff**                                                   **Attorney**
Stephen Mark Horn                                  Elliot Slosar
                                                                Mark Loevy-Reyes
                                                                Amy Robinson Staples

vs.

**Defendant**                                                 **Attorney**
Lt. Trey Smith                                           Christopher Nordloh

---

[X]   JURY TRIAL.  The jury impaneled and sworn is as follows:
       (1) 38        (2) 49
       (3) 72        (4) 4
       (5) 35        (6) 52
       (7) 15        (8) 16

[X]   Introduction of evidence for Plaintiff began but not concluded.

[X]   Trial continued to Friday, January 17, 2020, at 8:30 a.m., counsel to be present at 8:00am.

cc: USA/USPO/USM/E. Slosar, M. Loevy-Reyes, A.Staples.C. Nordloh

                                                                   **Deputy Clerk's Initial: <u>KRM</u>**

| TIC | 6 | 16 |