Eastern District of Kentucky
FILED
JAN 17 2020
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Juror Question #1

We would like to hear the phone call with "Peaches"

All Jurors
2:41 pm

~~015~~
04

We will bring you back into the courtroom so you can listen to that call. However, it cannot be provided to you in the jury room because it has ~~been~~ not redacted.

Judge Bun[signature]