AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

**FILED**
JAN 21 2020
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| Stephen Mark Horn | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:14-cv-73-DLB-CJS |
| Lt. Trey Smith | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   Consistent with the Jury Verdict (See Doc. # 444), Judgment is hereby entered in favor of Defendant Trey Smith.  Other than costs and expenses as set forth in Doc. # 400 at paragraph 11, Plaintiff shall recover nothing from Defendant Smith.

This action was *(check one)*:

☑ tried by a jury with Judge David L. Bunning _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: Jan. 18, 2020



Signed By:
**David L. Bunning**
**United States District Judge**