UNITED STATES DISTRICT COURT
EASTERN DISTRIT OF KENTUCKY
EASTERN DISTRICT OF COVINGTON

OFFICE OF THE CLERK

## NOTICE OF EXHIBIT DESTRUCTION

**RE: Covington Action No. 2:14-CV-73-DLB**

**STEPHEN MARK HORN V. CITY OF COVINGTON, KY, ET AL**

Our records reveal that exhibits were filed in the record in the above-captioned case. If you would like these exhibits, please pick them up in the Clerk's Office, United States Courthouse, 35 West 5th Street, Covington, Kentucky 41011 during normal business hours. These must be picked up within two weeks. If someone other than yourself is to collect the exhibits, please have them present a form of authorization signed by you.

Failure to respond within **two weeks** of the date of this notice will result in the destruction of these exhibits. Should you not require the return of these records, no correspondence from your office is necessary. If you have any questions regarding this matter, please feel free to contact this office.

**NO FURTHER NOTICE WILL BE ISSUED.**

**ROBERT R. CARR, CLERK**

**By: /s/Lynn Voskuhl,**
**Courtroom Deputy Clerk**

cc: Counsel of Record